IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

:

vs. : CRIMINAL NO. 2014-50-1

JUCONTEE T. WOEWIYU :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 9th day of **July, 2018,** came the attorney for the Government and the defendant being present with counsel, and

[] The Court having granted the defendant's motion for judgment of acquittal as to:

[] A jury has been waived, and the Court has found the defendant not guilty as to:

[**XXX**] The jury has returned its verdict, finding the defendant not guilty as to: 3, 6, 7, 11 and 16 of the indictment.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Hon. Anita B. Brody, J.

cc: U.S. Marshal
    Probation Office
    Counsel

| 07-05-2018 | JFGS |
|---|---|
| Date | By Whom |

Cr 1 (4/2006)

**Copies ecmf** _____ **to:**       **Copies mailed** 07-10-2018 **to:**
                                          Jucontee T. Woewiyu, Deft.